**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ADVANCED TRAINING GROUP WORLDWIDE, INC.** ) ) ) **Plaintiff,** ) ) v. ) ) **PROACTIVE TECHNOLOGIES, INC.** ) ) **Defendant.** ) _____ ) | **Case No.: 1:19-cv-00505-TSE-TCB** |

**DEFENDANT, PROACTIVE TECHNOLOGIES, INC.'S**
**MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF DAMAGES**

Defendant ProActive Technologies, Inc. ("Defendant" or "ProActive"), by and through its undersigned counsel and pursuant to this Court's Scheduling Order, files this Motion *in Limine* to Preclude Plaintiff, Advance Training Group Worldwide, Inc. ("ATG"), from introducing any evidence relating to any claimed damage. Because (1) ATG failed to disclose any evidence that would support any legally viable measure of damage; (2) ATG lacks any identified witness with the requisite foundation to opine on its claimed damages; and (3) ATG's failure to disclose such critical information was not justified and is prejudicial to ProActive; the Court should prohibit ATG from introducing any evidence that would support its claimed damages in this matter.

**WHEREFORE**, Defendant ProActive Technologies, Inc. respectfully requests that this Honorable Court: grant the instant Motion; prohibit ATG from presenting any damages related testimony or evidence at trial; and award such other and further relief as this Court deems just and proper.

A proposed Order follows.

1

Respectfully submitted,

**PROACTIVE TECHNOLOGIES, INC.**

/s/
Jeffrey S. Poretz, Esq.    (VSB No. 38529)
Laura Golden Liff, Esq. (VSB No. 80618)
Jeremy L. Baker, Esq.    (VSB No. 90528)
**MILES & STOCKBRIDGE P.C.**
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102
(703) 903-9000 (Telephone)
(703) 610-8686 (Facsimile)
jporetz@milesstockbridge.com
lliff@milesstockbridge.com
jbaker@milesstockbridge.com

C. Peter Dungan, Esq. *(Admitted Pro Hac Vice)*
**MILES & STOCKBRIDGE P.C.**
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20004
Tel:  202-524-8055
pdungan@milesstockbridge.com

Rachel T. McGuckian, Esq. *(Admitted Pro Hac Vice)*
**MILES & STOCKBRIDGE P.C.**
11 North Washington Street, Suite 700
Rockville, Maryland 20850-4286
Tel:  301-762-1600
rmcguckian@milesstockbridge.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 12th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Jeffrey S. Poretz