IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADVANCED TRAINING GROUP WORLDWIDE, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROACTIVE TECHNOLOGIES INC., )<br>Defendant. ) | Civil Action No. 19-cv-505 |

## ORDER

A telephonic hearing in this matter is scheduled for July 9, 2020 at 2:00 p.m. on the parties' motions *in limine*. The telephonic hearing currently scheduled for July 9, 2020 at 2:00 p.m. must be rescheduled to July 15, 2020 at 1:30 p.m.

Moreover, as noted in the June 1, 2020 Order, General Order 2020-16 ordered that no civil jury trials shall be conducted in the Eastern District of Virginia until further notice. *See* General Order 2020-16, at 5.[1] Accordingly, the jury trial in this matter that is currently scheduled to begin on July 27, 2020 at 10:00 a.m. must be postponed.

For the July 15, 2020 hearing on the parties' motions *in limine*, the parties are hereby ordered to be prepared to inform the Court how long they expect to need for trial and to inform the

---

[1] Specifically, General Order 2020-16 states:

> [C]ivil jury trials are postponed indefinitely at this time in light of criminal defendants' constitutional and statutory speedy trial rights. Importantly, the Court's anticipated reduced capacity to try jury trials during the upcoming months, coupled with the backlog of cases caused by the COVID-19 pandemic, mandates that criminal matters be prioritized and that resources be focused on trying criminal cases as soon as it is safe to do so. After criminal jury trials resume and the precautionary procedures and trial schedules are better established, the Court will reassess its capacity to conduct civil jury trials and then announce a date for the resumption of civil jury trials.

*Id.* at 16-17.

1

Court of their respective schedules in order to set a new trial date. Courtroom Deputy Tanya Randall will provide the parties with information about the procedure for participation in the telephonic hearing.

Accordingly,

It is hereby **ORDERED** that the hearing on the parties' motions in *limine* (Dkts. 212, 217, 218, 219, and 220) is **RESCHEDULED** to <u>**Wednesday, July 15, 2020 at 1:30 p.m.**</u> and that the hearing will be **HELD TELEPHONICALLY**.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the Courtroom Deputy's instructions regarding the procedure for participation in the telephonic hearing on July 15, 2020, at 1:30 p.m.

It is further **ORDERED** that the jury trial currently scheduled to begin on July 27, 2020 at 10:00 a.m. is **POSTPONED**.

The Clerk shall provide a copy of this Order to all counsel of record.

Alexandria, Virginia
June 26, 2020

/s/
_____
T. S. Ellis, III
United States District Judge